# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 08-1063 | September Term 2008 |
| | EPA-2/19/08 |
| | Filed On: October 8, 2008 |

State of California,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Alliance of Automobile Manufacturers, et al.,
    Intervenors

**BEFORE:**    Ginsburg, Rogers, and Garland, Circuit Judges

## O R D E R

Upon consideration of the motion to defer filing the certified index to the record and for an extended briefing schedule, and the opposition thereto; and the motion to dismiss with prejudice, the opposition thereto, the reply, the supplement, and the response to the supplement, it is

**ORDERED** that the motion to dismiss be granted. Petitioner is precluded from claiming the letter under review from the Administrator of the Environmental Protection Agency is final agency action because the United States Court of Appeals for the Ninth Circuit has determined that it is not. See State of California v. EPA, No. 08-70011 (9th Cir. Jul. 25, 2008); see also GAF Corp. v. United States, 818 F.2d 901, 912 (D.C. Cir. 1987) ("The judgment ordering dismissal [from another court of appeals] will. . . have preclusive effect as to matters actually litigated; it will, for example, preclude relitigation of the precise issue of jurisdiction that led to the initial dismissal."). It is

**FURTHER ORDERED** that the motion to defer filing the certified index to the record and for an extended briefing schedule be dismissed as moot.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 08-1063**                                          **September Term 2008**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith.

**Per Curiam**

|  |  |
|---|---|
|  | **FOR THE COURT:**<br>Mark J. Langer, Clerk |
| BY: | /s/<br>MaryAnne Lister<br>Deputy Clerk |